**Pala SINGH, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 07–73693.**

United States Court of Appeals, Ninth Circuit.

Submitted July 19, 2010.[*]

Filed July 30, 2010.

Tsz–Hai Huang, Esquire, Hardeep Singh Rai, Esquire, Rai & Associates, PC, San Francisco, CA, for Petitioner.

DOJ—U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

MEMORANDUM [**]

Pala Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Singh's motion to reopen as untimely where the motion was filed more than 90 days after the issuance of the BIA's April 25, 2006, order, *see* 8 C.F.R. § 1003.2(c)(2), and Singh failed to establish the grounds for equitable tolling, *see Iturribarria*, 321 F.3d at 897.

**PETITION FOR REVIEW DENIED.**

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.